JS-6

Lynn Hubbard, III SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, Calif. 95926
(530) 895-3252

Attorneys for Plaintiffs, JERRY DORAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEL TACO, INC.; JAMES W. WALTON AND BETTY A. WALTON FAMILY TRUST.<br><br>    Defendants.<br>_____ | Case No. SACV03-1223 CJC (ANx)<br><br>**ORDER & JUDGMENT**<br><br>Honorable Cormac J. Carney |

*Doran v. Del Taco, et al,* Case No. SACV03-1223 CJC (ANx)
[Proposed] Order

1  Following this Court's Order Granting Plaintiff's Motion for Attorneys'
2  Fees and Costs in this matter, issued on January 9, 2008, this Court hereby
3  ORDERS DEFENDANTS TO:

4

5  1)  Pay $28,730.00 in attorneys' fees to Plaintiff JERRY DORAN within thirty
6  (30) days of this ORDER;

7

8  2)  Pay $7,813.68 in litigation costs to Plaintiff JERRY DORAN within thirty
9      (30) days of this ORDER.

10

11

12  Dated: April 30, 2008

13

14  _____
    CORMAC J. CARNEY
15  United States District Judge

*Doran v. Del Taco, et al,* Case No. SACV03-1223 CJC (ANx)
[Proposed] Order